FILED
BILLINGS DIV.

2008 FEB 29 PM 2 34

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BILLINGS DIVISION

| | |
|---|---|
| SANDRA L. SMITH and ROD G. SMITH,  )<br><br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>PAUL J. BYORTH, MD and BILLINGS )<br>OTOLARYNGOLOGY, P.C.,  )<br>)<br>Defendants.  ) | CV-07-80-BLG-RFC<br><br><br>ORDER |

Upon Stipulation between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

DATED this _____ Day of February, 2008.

_____
RICHARD F. CEBULL
U. S. DISTRICT JUDGE

1